DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

PROGRESSIVE AMERICAN INSURANCE COMPANY,

Petitioner,

v.

ARIANE WILSON, individually and as personal representative
of the Estate of Jeffrey Alan Wilson; EMILY WILSON, individually;
ASHLEY JOHNSTON HAWTHORNE; and MANASOTA ELITE
EDUCATORS INSURANCE, LLC,

Respondents.

No. 2D2024-0353
_____

August 16, 2024

Petition for Writ of Certiorari to the Circuit Court for Hillsborough
County; Christopher C. Nash, Judge.

Cameron S. Frye and Aaron H. Baroff of de Beaubien, Simmons, Knight,
Mantzaris & Neal, LLP, d/b/a DSK Law, Tampa, for Petitioner.

Bryan S. Gowdy and Nicholas P. McNamara of Creed & Gowdy, P.A.,
Jacksonville; and J. Daniel Clark of Clark & Martino, P.A., Tampa, for
Respondents the Wilsons.

No appearance for remaining Respondents.


PER CURIAM.

     Denied.

SILBERMAN, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.